**RECEIVED** (new suit)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

OCT 3 0 2023 (cmp.)

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____ aw _____

# UNITED STATES DISTRICT COURT

for the

_Western_ District of _LA_

_S. Port_ Division

|  |  |
|---|---|
| _Charlesetta Williams_ | Case No. __3:23-cv-1559__ |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☐ No |
| -v- | |
| _Classification 146117_ _LT. John Wells Barbara J. Wells_ _WALTER COLLINS JR_ | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    _Charlesetta Williams_
Street Address          _2831 Kelsey St_
City and County         _LA_
State and Zip Code      _Shreveport LA 71109_
Telephone Number        _318 703-1208_
E-mail Address          _None_

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — WAlter Collins Jr

Job or Title *(if known)* — None

Street Address — 416 Yarborough St

City and County — Bossier City

State and Zip Code — 71111

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — Hostaman Hitchmiches

Job or Title *(if known)* — S.P.D.

Street Address — 1234 Texas Ave

City and County

State and Zip Code — S-port LA 71101

Telephone Number

E-mail Address *(if known)* — None

Defendant No. 3

Name — Chris Reed deputy

Job or Title *(if known)* — Deputy Sheriff

Street Address — 1101 Forman Dr

City and County — C-C-C woman mental Heath

State and Zip Code — 71101

Telephone Number

E-mail Address *(if known)* — None

Defendant No. 4

Name — Woman mental Heath Mrs. Counselor Box

Job or Title *(if known)* — 1101 Formum Dr

Street Address — C-C-C.

City and County — S-port LA 71101

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [✓] ~~Diversity of citizenship~~

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Case 222-299 First Judical District Kidnapping Kammi Court Judge John Mosley Public Attorney defenso whatoy Jr D.A - Seetion II C.CC.*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Charlesetta Williams , is a citizen of the State of *(name)* S-port LA 71107.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* WAHER COllins Jr , is a citizen of the State of *(name)* Bossier City LA . Or is a citizen of *(foreign nation)* _____ K.K.K.

*CADDO parish Court, South-america Mrs. Counselor SOI Texast S-port LAC S-port LA Box daughter Box 96401-146117 5 th Floor mental*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ ,and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

False annest OFFicer Hostaman Hitchmickes KiNDNAPPiNG Did NUt HAve paubale Cause June 12. 2002 3-DAY STAY Spoat City Sail 755 Hope St Spoat LA 71101 LT- Banny Newton

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Seek the Rielef FROM A CONUiCTiON OF Sentence June 14. 2002 BooKiNG FinDen painted I teDAt without A LeCAL DounCment oF annested June 18. 2002 Bond $ 10.000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_Authorization + Certificate_

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _10-25-2023_

Signature of Plaintiff    _Charlesetta Williams_

Printed Name of Plaintiff    _ChARLeseuА Williams_

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____